KUHIRT, Respondent, v. HUTCHINS, Appellant. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by George A. Kuhirt against Stilson Hutchins. N. Zabriskie, for appellant. T. L. Frothingham, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

LAKE ERIE BOILER COMPOUND CO. v. CALDWELL, Sheriff. (Supreme Court, Appellate Division, Fourth Department. November 30, 1904.) Action by the Lake Erie Boiler Compound Company against Samuel Caldwell, as sheriff, etc.

PER CURIAM. Appeal dismissed, unless within 20 days the appellant files and serves the printed papers on appeal, as required by the rules, and pays to the respondent $10 costs of this motion, in which event the motion is denied.

LALLY et al., Appellants, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Application of Catharine M. Lally, Lavinia Lally, and Emilie Lally for a peremptory writ of mandamus against the New York Central & Hudson River Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

LAMBERT, Respondent, v. MUTUAL RESERVE LIFE INS. CO., Appellant (eight cases). (Supreme Court, Appellate Term. November 10, 1904.) Actions on foreign judgments by Robert Charles Lambert, administrator, against the Mutual Reserve Life Insurance Company. From judgments rendered, after trial without a jury, for plaintiff, defendant appeals. Affirmed. Frank R. Lawrence, George Burnham, Jr., and Gordon T. Hughes, for appellant. Gilbert E. Roe, for respondent.

FREEDMAN, P. J. The facts essential to support the jurisdiction of the court of North Carolina, by virtue of service upon the insurance commissioner, are recited in the records of these cases with greater particularity than in the action of Johnston v. This Defendant (opinion filed herewith) 90 N. Y. Supp. 539, and the records are complete, without resort to extraneous proof. Judgments affirmed, with costs. BISCHOFF, J., takes no part. FITZGERALD, J., concurs.

LANGLEY, Appellant, v. HOWARD ELECTRIC NOVELTY CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by William V. Langley against the Howard Electric Novelty Company and others. G. Hahn, for appellant. J. T. Booth, for respondents. No opinion. Appeal from decision dismissed. Judgment affirmed, with costs.

LARKINS, Respondent, v. FLACK et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by Frank Larkins against George A. Flack and another. No opinion. Judgment and order unanimously affirmed, with costs.

LARKINS, Appellant, v. McGINLEY, Respondent. (Supreme Court, Appellate Term. November 10, 1904.) Action by Bridget Larkins against Edward T. McGinley, as executor of the will of Bridget Harrington, deceased. From a Municipal Court judgment in favor of defendant, plaintiff appeals. Affirmed. Burnham Kalisch, for appellant. Mulqueen & Mulqueen, for respondent.

BISCHOFF, J. This action is brought against the executor of the last will and testament of one Bridget Harrington, deceased, for services alleged to have been performed by the plaintiff to said deceased, based upon her promise to pay therefor. Nothing is involved herein but a question of fact, to be determined by the trial court, based upon all the facts and circumstances shown by the testimony and the reasonable inferences to be drawn therefrom. Upon a former trial (88 N. Y. Supp. 153) the complaint was dismissed, and upon appeal this court reversed, holding that the court below should have considered the evidence, under the authority of Schlesinger v. Jud, 61 App. Div. 453, 70 N. Y. Supp. 616. Nothing was contained in the opinion then given from which it could be inferred that this court intended to indicate how the case should have been determined upon the merits, and it is peculiarly the province of the lower court to pass upon questions of fact. Judgment affirmed, with costs. All concur.

In re LARNER. (Supreme Court, Appellate Division, Second Department. October 11, 1904.) In the matter of Alma Louise Larner, an alleged incompetent person.

PER CURIAM. Motion to dismiss appeal granted, with costs, unless the appellant print the papers and perfect the appeal, so that the case may be placed upon the next calendar of this court for argument. On compliance with this condition, motion denied, without costs.

LAWLOR, Respondent, v. BUCKLIN, Appellant. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by Charlotte B. Lawlor against Charles A. Bucklin. J. H. Banton, for appellant. L. Skidmore, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

LEARY et al. v. WALLS et al. (Supreme Court, Appellate Division, Second Department. October 14, 1904.) Action by Mary C. Leary, Daniel J. Leary, and William C. Reid against John A. Walls, Theresa A. S. Sheridan, and Josiah B. Tisdale. No opinion. Judgment affirmed, with costs.